*Law Offices of*
# ROBERT A. LEVINE

630 North Broadway
Milwaukee, Wisconsin 53202
www.rlevinelaw.com

**Robert A. Levine**　　　　　　　　　　　　　　　　　　　　　　　Telephone (414) 271-9585
**Michael G. Levine*** 　　　　　　　　　　　　　　　　　　　　　　Facsimile (414) 271-8506
**Jonathan J. Cattey**
　*Also Licensed in Florida

May 4, 2016

The Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 425
Milwaukee, WI 53202

　　　　　Re:　Michael S. Albrecht and Michael L. Albrecht vs. City of West Allis et al.
　　　　　　　Eastern District of Wisconsin Case No. 15-CV-00740

Dear Judge Stadtmueller:

　　In accordance with my office's phone call to your chambers this morning, this letter shall confirm that the above-captioned matter has been settled. A stipulation and order for dismissal will be filed in the near future.

　　The Court may remove the upcoming final pre-trial and jury trial from its calendar.

　　If you have any questions or concerns, please do not hesitate to contact my office.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　THE LAW OFFICES OF ROBERT A. LEVINE

　　　　　　　　　　　　　　　/s/ Robert A. Levine

RAL/jjc


cc:　Gregg Gunta, Esq (via ECF)